AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| PAULETTE VOCAL and BENJAMIN VOCAL,<br><br>    Plaintiffs,<br><br>    V.<br><br>FIRST NLC FINANCIAL SERVICES, LLC, dba THE LENDING CENTER, JP MORGAN CHASE BANK, N.A., and CHASE HOME FINANCE, LLC,<br><br>    Defendants<br><br>FIRST NLC FINANCIAL SERVICES, LLC, dba THE LENDING CENTER,<br><br>    Third-Party Plaintiff,<br><br>    V.<br><br>FIRST AMERICAN TITLE COMPANY, INC. and FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>    Third-Party Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 07-00046DAE-BMK |

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

JUDGMENT IN A CIVIL CASE
Case Number: 1:07-cv-00046DAE-BMK
Paulette Vocal, et al. Vs. First NLC Financial Services, LLC, etc., et al.
January 6, 2009
Page 2 of 2

A "Notice of Dismissal without Prejudice of the Third-Party Complaint as to Third-Party Defendant First American Title Insurance Company" having previously been filed on April 27, 2007, and the Court having on January 6, 2009 filed its "ORDER GRANTING DEFENDANTS JP MORGAN CHASE BANK, N.A. AND CHASE HOME FINANCE, LLC'S MOTION TO DISMISS," wherein all claims are Dismissed with Prejudice, IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS ENTERED accordingly and entered as pursuant to the aforementioned Order filed January 6, 2009.

| January 6, 2009 | SUE BEITIA |
|---|---|
| Date | Clerk |
|  | /s/ Sue Beitia by AC |
|  | (By) Deputy Clerk |